Case 1:09-mj-00030-WLB   Document 5 (Court Only)   Filed 08/21/2009   Page 1 of 7

# United States District Court

SOUTHERN DISTRICT OF GEORGIA

In the Matter of the Search of:

Stamen Medical Systems LLC
4811 Technology Drive
Martinez, Georgia

**SEARCH WARRANT**

CASE NO: 1:09mj030

FILED
U.S. DISTRICT COURT

2009 AUG 21  AM 11: 27

CLERK _____
SO. DIST. OF GA.

TO: <u>Special Agent David Joseph Graupner</u> and Any Authorized Officer of the United States:

Affidavit(s) having been made before me by <u>Special Agent David Joseph Graupner</u> who has reason to believe that on the property known as (name, description and/or location)

Stamen Medical Systems LLC
4811 Technology Drive
Martinez, Georgia (See Attachment A)

in the Southern District of Georgia there is now concealed certain property or evidence, namely (describe the person or property to be seized)

SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property or evidence so described is now concealed within the property above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _August 29, 2009_
_____(not to exceed 10 days) the person, place or item named above for the person or property or item specified, serving this warrant and making the search (in the daytime - 6:00 - A.M. to 10:00 P.M.) if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to United States Magistrate Judge W. Leon Barfield as required by law.

_August 19, 2009 at 6:58 A.M._        at  Augusta, Georgia
Date and Time Issued                      City and State

W. Leon Barfield
<u>United States Magistrate Judge</u>              _W. Leon Barfield_
Name and Title of Judicial Officer           Signature of Judicial Officer

Case 1:09-mj-00030-WLB    Document 5 (Court only)    Filed 08/21/2009    Page 2 of 7

# RETURN

| Date Warrant Received | Date and Time Warrant Executed | Copy of Warrant and Receipt For Items Left With |
|---|---|---|
| Aug 19, 2009 | Aug 19, 2009 8:30 AM | Joseph Testino |

**Inventory Made in the Presence of**

Heather ~~Strong~~ Story

**Inventory of Person or Property Taken Pursuant to the Warrant**

See Attached (5 pages)

*[Stamp: 2009 AUG 21 AM 11:27 CLERK, [signature] S.O. DIST. OF GA.]*

# CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property or item taken by me on the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

[signature]      08-21-2009
U.S. Judge or Magistrate      Date

Case 1:09-mj-00030-WLB  Document 5 (Court only)  Filed 08/21/2009  Page 3 of 7

FD-597 (Rev 8-11-94)  Page 3 of 4

**UNITED STATES DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF INVESTIGATION**
Receipt for Property Received/Returned/Released/Seized

File # 209A-AT-104922

On (date) 8/19/2009

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) STATIN Medical
(Street Address) 4811 Technology Dr
(City) Martinez, GA

Description of Item(s):
Item #1 - Room E, Ben T[redacted] Files
Item #2 - Room E, Tom T[redacted] Files
Item #3 - Room E, H[redacted] Files
Item #4 - Room E, Brad Mc[redacted] Files
Item #5 - Room E, Robby M[redacted] Files
Item #6 - Room E, Brady Files
Item #7 - Room E, Cliff R[redacted] Files
Item #8 - Room E, Karlene S[redacted] Files
Item #9 - Room E, Benjamin P[redacted] Files
Item #10 - Room E, Marty K[redacted] Files
Item #11 - Room E, Mickey E[redacted] Files
Item #12 - Room E, Mickey E[redacted] Files
Item #13 - Room D, Orlando K[redacted] Files
Item #14 - Room D, Jonathan C[redacted] Files
Item #15 - Room D, Miguel A[redacted] Files
Item #16 - Room D, Jacob L[redacted] Files
Item #17 - Room D, T[redacted] Files
Item #18 - Room D, David H[redacted] Files
Item #19 - Room D, Rick S[redacted] Files
Item #20 - Room D, Warren B[redacted] Files

Received By: [signature]
David J. [redacted]

Received From: [signature]

FD-597 (Rev 8-11-94) Page 2 of 4

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 209A-AT-104922

On (date) 8/19/09

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) STATEN Medical
(Street Address) 4811 Technology Dr.
(City) Martinez, GA

Description of Item(s):

ITEM #21 - ROOM D, MITCH L—— FILES
ITEM #22 - Mitch L—— files, Room D
Item #23 - MICHAEL H—— FILES, ROOM D
ITEMS #24, 25, 26 - ERIC B—— FILES, ROOM D
Item #27 - Room F, Pete C—— files
Item #28 - Room F, Jim G—— files
Item #29 - Room F, Rich M—— files
Item #30 - Room F, Richards M—— files
Item #31 - Room F, Kenny W—— files
Item #32 - Room F, Gary M—— files
Item #33 - Room F, Matthew P—— files
Item #34 - Room F, George C—— files
Item #35 - Room F, Hump P—— and Jesse R—— files
Item #36 - Room F, David K—— files
Item #37 - Room H, Tammy J—— files
Item #38 - Room H, Lee C—— Files
Item #39 - Room H, Raymond B—— files
Item #40 - Room H, Jessie A—— files
Item #41 - Room H, Martin W—— files
Item #42, 43 - Room H, Eric S—— files

Received By: _____ (Signature)
David J. Gramper

Received From: _____ (Signature)

Case 1:09-mj-00030-WLB    Document 5 (Court only)    Filed 08/21/2009    Page 5 of 7

FD-597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 209A-AT-104(99)
104922

On (date) 8/19/2009

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) Statten Medical
(Street Address) 4811 Technology Dr
(City) Martinez, GA

Description of Item(s):

Item #44 Room J, Records
Item #45 Room W, Melissa H███ Files
Item #46 Room W, Accounting files
Item #47 Room T, Testino office files
Item #48 Room P, White office files
Item #49 Room U, Records
Item #50 Room X, Sherrie B███ files
Item #51 Room X, Carla W███ files
Item #52 Room X, EXTENTION 5989 files
Item #53 Room X, F███ Desk files
Item #54 Room X, Accounting Records
Item #55 Room X, Tiffany D███ Records
Item #56 Room X, M███ files
Item #57 Room W, White Files
Item #58, 59, 60 Room V, Patient Records from black filing Cabinet
Item #61, 62 Room V, Patient Records
Item #63 Room V, Medicare Provider application + misc.
Item #64, 65 Room T, Patient Records
Item #66 Room T, Patient Records

Received By: _____ (Signature)
David J. Grauvogel

Received From: _____ (Signature)

FD-597 (Rev 8-11-94)             Page __4__ of __4__

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # __209A-AT-104922__

On (date) __8/19/09__

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) __Staten Medical__
(Street Address) __4811 Technology Dr.__
(City) __Martinez, GA__

Description of Item(s): __Item #67, Room K, Stamed Org Chart__
__Item #68, Room T, Records Notes__
__Item #69, Documents of Eric S[redacted] Desk Room H__

__NOTHING FOLLOWS__

Received By: _____ (Signature)

Received From: _____ (Signature)

## CHAIN OF CUSTODY INVENTORY LOG

**INSPECTOR GENERALS OFFICE HEALTH & HUMAN SERVICES**

EXAMINER: Newcomb / Scalzo
CASE #: 4-08-00309-9
CASE NAME: 4811 Technology Drive

| ITEM # | DESCRIPTION |
|---|---|
| #1 | Seagate HDD, Serial # 9QK185M2, containing 3 computer images labeled as SIRPL1, SIRWC1, and SIRNDIHD1. |
| #2 | Seagate HDD, Serial # 6VM09L3D, containing 1 computer image labeled as SIRVD1 |
| #3 | Seagate HDD, Serial # 9QJ0XBTL, containing 2 computer images labeled as SIRMS1HD1 and SIRMS1HD2. |
| #4 | Seagate HDD, Serial # 5VP0Z9QB, containing 3 computer images labeled as SIRTL1, SIRWD2, and SIRGD1. |
| #5 | Seagate HDD, Serial # 9QK184TY, containing 1 computer image labeled as SIRNDIHD2 |
| #6 | Seagate HDD, Serial # 5VP102XV, containing 2 computer images labeled as SIRMS2HD1 and SIRMS2HD2. |

INITIALS: TW   DATE: 8/19/09   PAGE 1 OF 1.