Case 1:09-mj-00030-WLB    Document 6 (Court only)    Filed 08/21/2009    Page 1 of 4

AO 93 (Rev. 5/85) Search Warrant

# United States District Court

## SOUTHERN DISTRICT OF GEORGIA

ORIGINAL

FILED
U.S. DISTRICT COURT
2009 AUG 21  AM 11: 27
CLERK____CA_____
SO. DIST. OF GA.

In the Matter of the Search of:

Former Office Building of
Stamen Medical Systems LLC
4806 Technology Drive
Martinez, Georgia

**SEARCH WARRANT**

CASE NO: 1:09mj030

TO: <u>Special Agent David Joseph Graupner</u> and Any Authorized Officer of the United States:

Affidavit(s) having been made before me by <u>Special Agent David Joseph Graupner</u> who has reason to believe that on the property known as (name, description and/or location)

Former Office Building of
Stamen Medical Systems LLC
4806 Technology Drive
Martinez, Georgia (See Attachment A)

in the Southern District of Georgia there is now concealed certain property or evidence, namely (describe the person or property to be seized)

SEE ATTACHMENT B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property or evidence so described is now concealed within the property above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before _August 29, 2009_
_____(not to exceed 10 days) the person, place or item named above for the person or property or item specified, serving this warrant and making the search (in the daytime - 6:00 - A.M. to 10:00 P.M.) if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to United States Magistrate Judge W. Leon Barfield as required by law.

_August 19, 2009 at 11:21 A.M._        at   Augusta, Georgia
Date and Time Issued                          City and State

W. Leon Barfield
United States Magistrate Judge                _[signature]_
Name and Title of Judicial Officer            Signature of Judicial Officer

| RETURN |||
|---|---|---|
| Date Warrant Received | Date and Time Warrant Executed 12:00 AM | Copy of Warrant and Receipt For Items Left With Joseph Testino |
| Aug 19, 2009 | Aug 19, 2009 ||
| Inventory Made in the Presence of <br> Heather Strong Story |||
| Inventory of Person or Property Taken Pursuant to the Warrant <br><br> See Attached for Inventory (2 pages) |||

CLERK
SO. DIST. OF GA
2009 AUG 21 AM 11:27

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property or item taken by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_   08-21-2009
U.S. Judge or Magistrate   Date

Case 1:09-mj-00030-WLB   Document 6 (Court only)   Filed 08/21/2009   Page 3 of 4

FD-597 (Rev 8-11-94)                                                                Page _1_ of _2_

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 209A-AT-104922

On (date) 8/19/2009

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) closed business of Stamen Medical
(Street Address) 4806 Technology Drive
(City) Martinez, GA

Description of Item(s):
1) One box marked 2007 tax returns (from upstairs storage)
2) One box marked V███-W███ (from upstairs storage) containing patient records, company forms, etc.
3) One box marked W███-Z███ ("")
4) One box marked S███-S███ ("")
5) One box marked R███-S███ ("")
6) One box marked Stamen Medical Systems ("")
7) One box marked C███ ("")
8) One box marked A███-R███ ("")
9) One box marked L███-M███ ("")
10) One box marked G███-H███ ("")
11) One box marked S███-V███ ("")
12) One box marked H███-O███ ("")
13) One box marked B███-C███ ("")
14) One box marked O███-P███ ("")
15) One box marked K███-K███ ("")
16) One box marked I███-J███ ("")
17) One box marked C███-F███ ("")
18) One box marked B███-B███ ("")
19) One box marked B███-B███ ("")
20) One box marked D███-F███ ("")

Received By: ___(Signature)___    Received From: Heather R. Storey (Signature)

Case 1:09-mj-00030-WLB　　Document 6 (Court only)　　Filed 08/21/2009　　Page 4 of 4

FD-597 (Rev 8-11-94)　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2 of 2

## UNITED STATES DEPARTMENT OF JUSTICE
### FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # 209A-AT-104922

On (date) 8/19/2009

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Closed business of Staven Medical

(Street Address) 4806 Technology Drive

(City) Martinez, GA

Description of Item(s):
21.) one box marked Staven Medical Systems 2008 bank statements (from upstairs storage)
22.) one box marked H_____-H____ (from upstairs storage) containing patient records, company forms, etc.
23.) one box marked H____-H____ (       "       )
24.) one box marked Ed H_____ (from shipping room/warehouse)
25.) one box marked stay firm (from fax machine) containing provider details statements
26.) one box marked Cell Center deed files (from rear office) containing files

Nothing further

Received By: [signature]　　Received From: [signature] Heather R. Story
(Signature)　　　　　　　　　　　　　　　　　HEATHER R. STORY